UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 16-20128
                                                  Hon. Matthew F. Leitman

v.

D2, JIMMIE LEE TURNER, III,

        Defendant.
_____/

## ORDER ON PETITION FOR VIOLATION OF SUPERVISED RELEASE

The Court having heard testimony, reviewed exhibits and considered the parties' arguments hereby finds the defendant responsible for violation number two, and not responsible for violations one, three, four, five and six. The Court declines to impose sanctions for violation number two. Supervised Release is continued under the same conditions previously imposed. The order of detention is rescinded and defendant shall be immediately released from custody.

**IT IS SO ORDERED.**

                                                  /s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764
