UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             CR. NO. 16-20128-2
                                                            Hon. Matthew F. Leitman

v.

D2, JIMMIE LEE TURNER, III

       Defendant.
_____/

**ORDER ALLOWING TRAVEL OUTSIDE THE STATE OF MICHIGAN**

The Court has considered Jimmie Lee Turner's Emergency Motion for Authorization to Travel Outside the State of Michigan. For the reasons described in Mr. Turner's motion, and after considering the factors listed in 18 U.S.C. § 3583 (e)(2), the Court hereby grants Mr. Turner's request and grants him permission to travel outside of the State of Michigan to Gary, Indiana to attend his brother's funeral from July 15, 2022 to July 16, 2022.

**IT IS FURTHER ORDERED** that all other conditions of Mr. Turner's supervised release not in conflict herewith remain in full force and effect.

**IT IS SO ORDERED.**

                                                    /s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: July 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
